UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MANUEL ARIZMENDI HERMOSILLO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1004** |
| **DAVID COLE, et al** | **SECTION "J"(5)** |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the lack of Objections from either party, hereby adopts the Report and Recommendation of the United States Magistrate Judge as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that the captioned matter be transferred to the United States District Court for the Western District of Louisiana.

**IT IS FURTHER ORDERED that** the pending motion to proceed as a pauper (Rec. Doc. 7) and Motion to Appoint Counsel (Rec. Doc. 8) are **DEFERRED** to the transferee court for consideration.

New Orleans, Louisiana, this 21st day of May, 2020.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE